IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NORMA DIXON                                                                                     PLAINTIFF

vs.                                        NO: 4:07CV01119BSM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT                                                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this date, the case is hereby dismissed with prejudice.

IT IS SO ORDERED this 22nd day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE